PENOBSCOT, 1851. — BLAKE *versus* RUSS.

THIS is a motion by the defendant for a new trial, on the ground, that the verdict was against the evidence. The mover made up what he considered a report of the facts, but did not present it to the plaintiff's counsel, until the day before the commencement of this term. It was objected to, because presented too late.

SHEPLEY, C. J. — The rule on this point has been so often communicated, that it apparently ought to be well understood.

It is that the counsel making the motion should draw up a report of the evidence under the sanction of his professional oath, and sign and place it on file by the middle of vacation, that the opposing council should have the other half of the vacation in which to examine it and, if need be, suggest corrections in a counter report.